**R. B. Kurzon, appellee, v. M. Zernes, appellant. Gen. No. 28,943.**

Action to recover value of services as architect. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Samuel Wodika, for appellant. Isador Becker, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Maring Wire Company, appellee, v. Julius Becker, trading as Becker Electric Works, appellant. Gen. No. 28,955.**

Action upon account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Cavender & Kaiser, for appellant; Herbert P. Fuhrmann, of counsel. Leo L. Weil, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Max Trackman and Sam Trackman, copartners, trading as Track-man and Aronson, appellees, v. Dominick Marubio, appellant. Gen. No. 28,967.**

Action for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of facts. Opinion filed May 27, 1924.

N. Rothblum, for appellant. Samuel L. Cohen, for appellees; Morris K. Levinson, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

**The Youngstown Sheet & Tube Company, appellant, v. Dearborn Steel & Iron Company et al., defendants. Eugene R. Pike et al., appellees. Gen. No. 28,995.**

Bill for appointment of receiver and dissolution of corporation. Order dismissing impleaded defendants. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Harry J. Myerson, for appellant. Fisher, Boyden, Kales & Bell, for appellees; Thomas L. Marshall, of counsel.

Mr. Justice Fitch delivered the opinion of the court.